**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

RICHARD MODJESKI, *derivatively on behalf of Plug Power, Inc.*,

Plaintiff,

v.

1:26-CV-486
(MAD/DJS)

ANDREW MARSH, *et al.*,

Defendants.

BERND H. REIMANN, *derivatively on behalf of Plug Power, Inc.*,

Plaintiff,

v.

1:26-CV-1020
(MAD/DJS)

GEORGE C. McNAMEE, *et al.*,

Defendants.

## ORDER

Presently pending are Motions to Consolidate these cases. *Modjeski* Dkt. No. 12; *Reimann* Dkt. No. 7. No opposition has been filed.

The Complaint in each action involves similar factual and legal issues. Upon review of the Complaints and the papers in support of the present Motion, the Court finds that the cases have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

In addition, The Brown Law Firm, P.C. and Gainey McKenna & Egleston are appointed co-lead counsel in the matter. The stay order previously entered in *Modjeski* remains in effect.

Accordingly, this Court finds that the Related Actions have sufficient commonality of law and fact and consolidation does not increase the risk of an unfair outcome, it is

**ORDERED**, that the Motions to Consolidate are **GRANTED**. The *Modjeski* case shall be designated as the lead case and the *Reimann* case designated as a member case.

**IT IS SO ORDERED**.

Date: August 21, 2026
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge